JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | EDCV11-00269-RGK (OPx) | Date | April 5, 2011 |
|---|---|---|---|
| Title | *LILLIAN GALE v. MIKHAIL TRUCKING LLC, et al* | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | | Not Reported |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not Present | | Not Present |

**Proceedings:** (IN CHAMBERS) Order Remanding Action to State Court

On January 26, 2011, Lillian Gale ("Plaintiff"), filed suit against Mikhail Trucking, LLC, et al ("Defendants'). In her Complaint, Plaintiff asserts state claims relating to an automobile accident that left Plaintiff injured.

On February 11, 2011, Defendants removed the action to this Court alleging diversity of citizenship. Upon review of Defendant's Notice of Removal, the Court hereby remands the action for lack of subject matter jurisdiction.

Pursuant to 28 U.S.C. § 1332, district courts shall have original jurisdiction over any civil action in which the parties are citizens of different states and the action involves an amount in controversy that exceeds $75,000. After a plaintiff files a case in state court, the defendant attempting to remove the case to federal court bears the burden of proving the amount in controversy requirement has been met. *Lowdermilk v. United States Bank Nat'l Ass'n*, 479 F.3d 994, 998 (9th Cir. 2007). If the complaint does not allege the amount in controversy, the removing defendant must supply this jurisdictional fact in the Notice of Removal. *Gaus v. Miles, Inc.*, 980 F.2d 564, 566-567 (9th Cir. 1992). In their Notice of Removal, Defendants state only that the estimated damages in this civil action exceed $75,000. Defendants have failed to state any facts supporting this bare assertion. Therefore, the Court finds that Defendants have failed to make the requisite showing of federal jurisdiction, and **remands** the action to state court for all further proceedings.

**IT IS SO ORDERED.**

```
**cc: Remand Order, docket sheet, letter of remand forwarded to
Indio Superior Court (Case #INC-1100701).
```

Initials of Preparer    slw